# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK             Date: 9/22/15

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**            Docket No. 15-cr-500(MCA)

U.S.A. v. WARREN BRONSNICK

**Appearances:**

Marion Percell, AUSA, for the Government
Matthew Beck, Esq., for defendant

**Nature of proceedings:** PLEA TO AN INFORMATION

Ordered defendant sworn.
Deft. advised of rights.
Defendant pled guilty to the Information.
Waiver of Indictment executed and filed.
Information filed.
Rule 11 form filed.
Plea Agreement filed.
ORDERED sentence date set for 1/7/16 at 11:00 a.m.
ORDERED continued bail.

Time Commenced 12:30 p.m.
Time Adjourned 1:00 p.m.

                                                  *Amy Andersonn*
                                                  Deputy Clerk